UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIELLE MARIA-HOPKINS,

        Plaintiff,

   v.

O'REILLY AUTO ENTERPRISES, LLC,

        Defendant.

Case No.23-cv-01980-JST

**ORDER OF CONDITIONAL DISMISSAL**

Re: ECF No. 20

Mediator Thomas Duckworth has advised the Court that the parties have agreed to a settlement.

The Court accordingly dismisses the case without prejudice.  The Court grants leave to reinstate the litigation within 60 days in the event the parties have not executed a written settlement agreement.  If no party files a request to reinstate the case within 60 days, the dismissal will be with prejudice.  Failure to comply with these deadlines may result in the imposition of sanctions.

The Court will entertain a request to retain jurisdiction to enforce a written settlement agreement, if one is executed, provided that the parties lodge a copy of the agreement with the Court.

All other deadlines and hearings are vacated.

Dated: October 23, 2023

_____

JON S. TIGAR

United States District Judge